No. 76–54. BOURGEOIS ET AL. *v.* SEAFARERS PENSION PLAN, AKA SEAFARERS WELFARE PLAN. C. A. 5th Cir. Certiorari denied. 

No. 76–59. HARRAH'S CLUB *v.* BERNHARD. Sup. Ct. Cal. Certiorari denied. 

No. 76–64. ALCO-GRAVURE, INC. *v.* BALTIMORE & ANNAPOLIS RAILROAD CO. ET AL.; and

No. 76–78. BALTIMORE & ANNAPOLIS RAILROAD CO. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 4th Cir. Certiorari denied. 

No. 76–66. HALL ET AL. *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 76–68. LEDFORD ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–69. WALSH, TRUSTEE IN BANKRUPTCY *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (BURROUGHS CORP., REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 76–76. TOPIC ET AL. *v.* CIRCLE REALTY CO. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 76–80. TRUCKDRIVERS, CHAUFFEURS & HELPERS, LOCAL UNION No. 100, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. 

No. 76–83. G. E. M. CORP., DBA GENE THOMAS CASCADE LOUNGE *v.* LIQUOR CONTROL COMMISSION OF OHIO. Sup. Ct. Ohio. Certiorari denied.